IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**BRENTFORD TAYLOR,**

      **Plaintiff,**

  vs.                                           Civil Action 2:09-CV-518
                                                           Judge Sargus
                                                           Magistrate Judge King

**DR. KASHUBECK,** *et al.*,

      **Defendants.**

### REPORT AND RECOMMENDATION

In directing the United States Marshal Service to effect service of process in this case, the Court specified that the defendants would have forty-five (45) days after service of process to respond to the complaint. *Initial Screen of the Complaint,* Doc. No. 4. Defendant Karnes was served with process on July 9, 2009. Doc. No. 8. Consistent with the Court's prior order, this defendant therefore has until August 24, 2009, to respond to the complaint.

Because defendant Karnes is not in default for response to the complaint, it is **RECOMMENDED** that plaintiff's motion for default judgment against this defendant, Doc. No. 14, be **DENIED.**

If any party seeks review by the District Judge of this *Report and Recommendation,* that party may, within ten (10) days, file and serve on all parties objections to the *Report and Recommendation,* specifically designating this *Report and Recommendation,* and the part thereof in question, as well as the basis for objection thereto. 28 U.S.C. §636(b)(1); F.R. Civ. P. 72(b). Response to objections must be filed within ten (10) days after being served with a copy thereof. F.R. Civ.

P. 72(b).

The parties are specifically advised that failure to object to the *Report and Recommendation* will result in a waiver of the right to *de novo* review by the District Judge and of the right to appeal the decision of the District Court adopting the *Report and Recommendation*. *See Thomas v. Arn*, 474 U.S. 140 (1985); *Smith v. Detroit Federation of Teachers, Local 231 etc.*, 829 F.2d 1370 (6th Cir. 1987); *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981).


August 4, 2009                                          *s/Norah McCann King*
                                                                  Norah M$^{c}$Cann King
                                                     United States Magistrate Judge