IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

BRENTFORD TAYLOR,

        Plaintiff,

  vs.

DR. KASHUBECK, *et al.*,

        Defendants.

Civil Action 2:09-CV-518
Judge Sargus
Magistrate Judge King

## ORDER

On August 4, 2009, the United States Magistrate Judge issued a *Report and Recommendation* recommending that plaintiff's motion for default judgment against defendant Karnes, Doc. No. 14, be denied. The parties were specifically advised of their right to object to the *Report and Recommendation* and of the consequences of their failure to do so. There has nevertheless been no objection to the *Report and Recommendation*.

The *Report and Recommendation* is hereby **ADOPTED** and **AFFIRMED**. Because defendant Karnes is not in default for response to the complaint, plaintiff's motion for default judgment against defendant Karnes, Doc. No. 14, is hereby **DENIED**.

8-25-2009
Date

Edmund A. Sargus, Jr.
United States District Judge