IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**BRENTFORD TAYLOR,**

       **Plaintiff,**

vs.

                                    Civil Action 2:09-CV-518
                                    Judge Sargus
                                    Magistrate Judge King

**DR. KASHUBECK,** *et al.*,

       **Defendants.**

<u>ORDER</u>

On August 4, 2009, the United States Magistrate Judge issued a *Report and Recommendation* recommending that plaintiff's motion for default judgment against defendant Karnes, Doc. No. 14, be denied. The parties were specifically advised of their right to object to the *Report and Recommendation* and of the consequences of their failure to do so. There has nevertheless been no objection to the *Report and Recommendation*.

The *Report and Recommendation* is hereby **ADOPTED** and **AFFIRMED**. Because defendant Karnes is not in default for response to the complaint, plaintiff's motion for default judgment against defendant Karnes, Doc. No. 14, is hereby **DENIED**.

8-25-2009
Date

                                            Edmund A. Sargus, Jr.
                                            United States District Judge