IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**BRENTFORD TAYLOR,**

      **Plaintiff,**

  vs.                                              Civil Action 2:09-CV-518
                                                      Judge Sargus
                                                      Magistrate Judge King

**DR. KASHUBECK,** *et al.*,

      **Defendants.**

## ORDER and
## REPORT AND RECOMMENDATION

      Counsel has been appointed for plaintiff in connection with his claim for interim injunctive relief. *Order*, Doc. No. 13. Plaintiff has asked, once again, that counsel be appointed to represent plaintiff in connection with his remaining claims. *Motion*, Doc. No. 24. Because the case has not progressed to the point that the Court is able to even preliminarily evaluate the merits of plaintiff's remaining claims, plaintiff's motion, Doc. No. 24, is **DENIED** without prejudice to renewal at a later stage of the proceedings.

      Plaintiff has also moved, once again, for the entry of default and default judgment as against defendant Karnes. *Motion*, Doc. No. 25. As even plaintiff concedes in his motion, this defendant had until August 24, 2009, to respond to the *Complaint*. Defendant Karnes in fact filed an answer on August 24, 2009. *Answer*, Doc. No. 22. Defendant Karnes is therefore not in default for response to the *Complaint*. It is therefore **RECOMMENDED** that plaintiff's motion for default judgment, Doc. No. 25, be **DENIED.**

      If any party seeks review by the District Judge of this *Report*

*and Recommendation,* that party may, within ten (10) days, file and serve on all parties objections to the *Report and Recommendation,* specifically designating this *Report and Recommendation,* and the part thereof in question, as well as the basis for objection thereto. 28 U.S.C. §636(b)(1); F.R. Civ. P. 72(b). Response to objections must be filed within ten (10) days after being served with a copy thereof. F.R. Civ. P. 72(b).

The parties are specifically advised that failure to object to the *Report and Recommendation* will result in a waiver of the right to *de novo* review by the District Judge and of the right to appeal the decision of the District Court adopting the *Report and Recommendation. See Thomas v. Arn,* 474 U.S. 140 (1985); *Smith v. Detroit Federation of Teachers, Local 231 etc.,* 829 F.2d 1370 (6th Cir. 1987); *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981).

August 26, 2009                                     *s/Norah McCann King*
                                                    Norah M<sup>c</sup>Cann King
                                                    United States Magistrate Judge