IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**BRENTFORD TAYLOR,**

      **Plaintiff,**

vs.                                               Civil Action 2:09-CV-518
                                                    Judge Sargus
                                                    Magistrate Judge King

**DR. KASHUBECK,** *et al.,*

      **Defendants.**

## ORDER

On August 26, 2009, the United States Magistrate Judge issued an *Order and Report and Recommendation* denying plaintiff's renewed motion for the appointment of counsel and recommending the denial of plaintiff's renewed motion for entry of default and default judgment as against defendant Karnes. *Order and Report and Recommendation*, Doc. No. 26. This matter is now before the Court on plaintiff's *pro se* objections to that *Order and Report and Recommendation*. Doc. No. 29.

      Counsel was previously appointed for plaintiff as to his claims for interim injunctive relief relating to the alleged denial of psychotropic medication while detained at the Franklin County Jail. *Order*, Doc. No. 13. The Magistrate Judge denied plaintiff's motion for appointment of counsel in connection with his remaining claims, reasoning that "the case has not progressed to the point that the Court is able to even preliminarily evaluate the merits of plaintiff's remaining claims." *Order and Report and Recommendation*, p.1. Because this order of the Magistrate Judge is neither clearly erroneous nor contrary to law, *see* 28 U.S.C. §636(b); F.R. Civ. P. 72, plaintiff's objection to that order

is **DENIED**.

Plaintiff also objects to the Magistrate Judge's recommendation that his renewed motion for entry of default and default judgment as against defendant Karnes be denied. The Magistrate Judge correctly based her recommendation on the fact that defendant Karnes' answer was filed in conformity with the Court's orders. *See Report and Recommendation,* Doc. No. 15; *Order,* Doc. No. 23.[1] Having considered the *Report and Recommendation de novo, see* 28 U.S.C. §636(b); F.R. Civ. P. 72, the Court **DENIES** plaintiff's objection to the *Report and Recommendation* recommending that his motion for entry of default and default judgment be denied.

The *Report and Recommendation* is **ADOPTED** and **AFFIRMED**. Plaintiff's motion for entry of default and default judgment, Doc. No. 25, is **DENIED**.

9-9-2009
Date

Edmund A. Sargus, Jr.
United States District Judge

---

[1] In his objections, plaintiff seems to suggest that it was his appointed counsel who calculated the date by which defendant's answer was due. Plaintiff is mistaken; it was the Court that established the time by which defendant Karnes' response to the *Complaint* was due.

2