IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**BRENTFORD TAYLOR,**

    **Plaintiff,**

vs.

    Civil Action 2:09-CV-518
    Judge Sargus
    Magistrate Judge King

**DR. KASHUBECK, et al.,**

    **Defendants.**

### ORDER

On January 26, 2010, the United States Magistrate Judge issued a *Report and Recommendation* recommending that plaintiff's motions for injunctive relief be denied, and that the motions filed by defendants to dismiss or for summary judgment on plaintiff's claims for injunctive relief be denied as moot. It was further recommended that plaintiff's motion to "quash" the defendants' motion to dismiss the claims for injunctive relief, Doc. No. 46, be denied as moot. The parties were specifically advised of their right to object to the *Report and Recommendation* and of the consequences of their failure to do so. There has nevertheless been no objection to the *Report and Recommendation*.

The *Report and Recommendation* is hereby **ADOPTED** and **AFFIRMED**. Plaintiff's motions for injunctive relief, Doc. Nos. 7, 11, 61 and 63 are **DENIED**; the motions filed by defendants to dismiss or for summary judgment on plaintiff's claims for injunctive relief, Doc. Nos. 33, 40, are **DENIED** as moot; plaintiff's motion to "quash" the defendants' motion to dismiss the claims for injunctive relief, Doc. No. 46, is likewise **DENIED** as moot.

2-19-2010
Date

Edmund A. Sargus, Jr.
United States District Judge