IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

BRENTFORD TAYLOR,

    Plaintiff,

vs.

    Civil Action 2:09-CV-518
    Judge Sargus
    Magistrate Judge King

DR. KASHUBECK, et al.,

    Defendants.

## ORDER

A preliminary pretrial conference was scheduled for March 31, 2010. No appearance was made at the conference by or on behalf of plaintiff. Another conference was scheduled for April 8, 2010. Plaintiff was expressly advised of his obligation to participate in that conference and of the consequence of his failure to do so. *Order*, Doc. No. 77. Defense counsel participated in the conference of April 8, 2010, but plaintiff failed to appear or even to contact the Court. It therefore appears that plaintiff has abandoned the litigation.

The remaining claims are therefore **DISMISSED** for failure to prosecute.

The Clerk shall enter **FINAL JUDGMENT**.

4-9-2010
Date

Edmund A. Sargus, Jr.
United States District Judge