# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
### Eastern Division

**BRENTFORD TAYLOR,**

        **Plaintiff,**

                                  **JUDGMENT IN A CIVIL CASE**

**vs.**

                                  **CASE NO.  C2-09-518**

**DR. KASHUBECK, et al.,**             **JUDGE EDMUND A. SARGUS, JR.**

                                  **MAGISTRATE JUDGE NORAH MCCANN KING**

        **Defendants.**

___    **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X    **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial**.**

       **Pursuant to the Order filed April 9, 2010, JUDGMENT is hereby entered DISMISSING this case.**

Date: April 9, 2010                       JAMES BONINI, CLERK

                                     */S/ Andy F. Quisumbing*
                                     (By) Andy F. Quisumbing
                                     Courtroom Deputy Clerk